by Louis Levin and another against James E. Dietz. No opinion. Judgment affirmed, with costs. See 96 N. Y. Supp. 468.

LEVINE, Respondent, v. GOLDMAN, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Hyman Levine against Morris Goldman. No opinion. Judgment of the Municipal Court affirmed, with costs.

LEVY, Respondent, v. CENTRAL CONSUMERS' WINE & LIQUOR CO., Appellant. (Supreme Court, Appellate Division, First Department. May 10, 1907.) Action by Max Levy against the Central Consumers' Wine & Liquor Company. M. Paskus, for appellant. J. S. Epstein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LIEBERMAN, Respondent, v. SOLOMONSON, Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Samuel Lieberman against Joseph Solomonson. No opinion. Motion granted, to the extent of permitting each party to file affidavits on the question of the nonpayment of costs.

LILIENTHAL v. BETZ. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Action by Albert Lilienthal against John F. Betz. No opinion. Motion denied. Order filed.

LINDSTROM, Respondent, v. SILSBY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by Matilda J. Lindstrom against Minnie Silsby.

PER CURIAM. Judgment modified, by deducting therefrom two items, one of $50 for commissions, and one of $7 expense of moving, thus reducing the damages to the sum of $263.-10, as of date of entry of judgment, and, as so modified, the judgment is affirmed, with costs of this appeal to the respondent.

In re LOSEE'S ESTATE et al. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) In the matter of the estate of Stephen Losee, deceased, Estelle Losee Hurd, as administratrix, etc., of Cornelius Losee, deceased, and others.

PER CURIAM. Decree of the Surrogate's Court of Kings county affirmed, with costs, upon the opinion of the surrogate. 94 N. Y. Supp. 1082, 46 Misc. Rep. 363.

HIRSCHBERG, P. J., and JENKS, J., dissent.

LOWERY, Appellant, v. HUNTINGTON LIGHT & POWER CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by William E. Lowery against the Huntington Light & Power Company. No opinion. Reargument ordered, and case set down for Tuesday, April 30, 1907.

LUBBEE, Appellant, v. HILGERT et al., Respondents. (Supreme Court, Appellate Division, First Department. May 10, 1907.) Action by Henry Lubbee, an infant, against Mathew Hilgert and another. L. Sturcke, for appellant, J. S. Rosalsky, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LYON et al., Respondents, v. TOWNSEND et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by William A. Lyon and another against Edward I. Townsend and another. No opinion. Motion for leave to appeal to the Court of Appeals denied.

McCLURE v. SCHRATWEISER. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Action by Everett McClure against Jacob Schratweiser. No opinion. Motion denied, on condition that appellants be ready for May term. Order filed.

McKAY, Respondent, v. CITY OF OSWEGO, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 1906.) Action by Thomas L. McKay against the city of Oswego.

PER CURIAM. Judgment and order denying motion for new trial under section 999 of the Code of Civil Procedure reversed, and a new trial granted on the facts, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the verdict to the sum of $500 as of the date of the rendition thereof, in which event the judgment, as thus modified, and the order, are affirmed, without costs of this appeal to either party.

McLENNAN, P. J., not sitting. NASH, J., dissents and votes for new trial.

McKAY, Respondent, v. CITY OF OSWEGO, Appellant. (Supreme Court, Appellate Division, Fourth Department. September, 1906.) Action by Thomas L. McKay against the City of Oswego.

PER CURIAM. Order denying motion for new trial on the ground of newly-discovered evidence affirmed, with costs.

McLENNAN, P. J., not sitting. NASH, J., dissents.

McMAHON, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1907.) Action by Timothy McMahon against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs. See 101 N. Y. Supp. 805.

SMITH, P. J., not voting.

In re MacRAE. (Supreme Court, Appellate Division, First Department. April 12, 1907.)